COURT OF APPEALS NO: 14-15-01047-CV
TRIAL COURT CASE NO: 361-038-401

GLORIA MARIE TOWNSEND ARNOLD, §
PLAINTIFF

V.

HOWARD JOSEPH HOLMES,
DEFENDANT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
DEC 28 2015
CHRISTOPHER A. PRINE
CLERK

IN THE FOURTEENTH COURT
OF APPEALS

HOUSTON, TEXAS

STYLE: IN THE ESTATE OF SHERRY MARIE ARNOLD, DECEASED

APPLICATION TO PROCEED IN FORMA PAUPERUS

I, HOWARD JOSEPH HOLMES, TDCJ NO. 1402345, declare, depose, and say that I am the Defendant in the above entitled cause. In support of my Motion to proceed without being required to prepay fees, costs, or give security therefore, I state because of my poverty, I am unable to pay in advance, the filing fee for said proceedings, or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1). Have you received, within the last 12 months, any money from the following sources?

a. Business, professional or from self-employment?          YES _____ NO  X

b. Rent payments, interest, or dividends?          YES _____ No  X

c. Pensions, annuities of life insurance payments?          YES _____ No  X

d. Gifts or inheritances?          YES _____ No  X

e. Family or friends?          YES  X          NO _____

f. Any other sources?          YES _____ NO  X

If you answered YES to any of the above, describe each source of money and state the amount received from each during the past 12 months.

Brother, James Lucas Holmes, supports Defendant with deposits of $180.- money; until April 2015, have been $180.- every other month.

2). Do you own any cash, or do you have money in a

checking, or savings account, including any funds, in prison accounts? YES X No _____

If you answered YES to any of the questions above, state the total value of the items owned.

My Inmate Trust Fund Account has $.10; as of 15 December 2015.

_____

3). Do you own real estate, stocks, bonds, notes, automobiles or valuable property, excluding ordinary household furnishings and clothing?

YES _____ NO X

If you answered YES, describe the property and state approximate value.

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury, I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct, (28 U.S.C. § 1746)

SIGNED on this 23RD day of December, 2015.

Howard Holmes

HOWARD JOSEPH HOLMES
TDCJ NO: 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

## CERTIFICATE OF SERVICE

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice — Institutions Division at the W. P. Clements Unit, ID, Potter County, 9601 Spur 591, Amarillo, Texas 79107, do hereby testify that a true and correct copy of MOTION TO PROCEED IN FORMA PAUPERUS has been served by first class mail via the Texas prison and U.S. mail service systems to Plaintiff via her attorney, Daniel HRNA, P.O. BOX 290427, Kerrville, Texas 78079 on this the 23RD day of December, 2015.

HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W. P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107


## VERIFICATION

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice — Institutions Division at the W. P. CLEMENTS Unit, ID, Potter County, 9601 SPUR 591, Amarillo, Texas 79107, do hereby verify and declare under penalty of perjury pursuant to V.T.C.A. Civil Procedure and Remedies Codes 132.001 - 132.003, that the foregoing statements are true and correct.
Executed on this 23RD day of December, 2015.

HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W. P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

COURT OF APPEALS NO: 14-15-01047-CV
TRIAL COURT CASE No: 361-038-401

GLORIA MARIE TOWNSEND ARNOLD,          §          IN THE FOURTEENTH COURT
PLAINTIFF                                                       OF APPEALS

V.

HOWARD JOSEPH HOLMES,                                HOUSTON, TEXAS
DEFENDANT

STYLE: IN THE ESTATE OF SHERRY MARIE ARNOLD, DECEASED

DECLARATION OF INABILITY TO PAY COSTS

The following Declaration is made pursuant to the Texas Rules of Civil Procedure and Title 6 Chapter 132 of the Civil Procedure and Remedies Code.

Now respectfully comes HOWARD JOSEPH HOLMES, TDCJ No. 1402345, and declares that I am unable to pay the costs in this civil action and requests leave of the Court to proceed in forma pauperus in this accompanying civil action and would show the court the following:

(1). I am presently incarcerated in the W.P. CLEMENTS UNIT of the Texas Department of Criminal Justice — Correctional Institutions Division where I am not permitted to earn or handle money, checks, or credit cards.

(2). I have no source of income or spousal income.

(3). I currently have $0.00 credited me in the Inmate Trust Fund.

(4). During my incarceration in the Texas Department of Criminal Justice — Correctional Institutions Division I have received approximately $180.00 every other month as gifts from relatives and friends.

(5). I neither own nor have an interest in any realty, stocks, bonds, or bank account and I have no interest or dividend income from any source.

(6). I have no dependents.

(7). I have total depts of approximately $1.8 Million, for I have not received from the plaintiff notice of debt paid in full or part, concerning "wrongful death" final judgement from the Probate Court No.4.

(8). I owe more than $1.8 Million in restitutions;
(9). My monthly expenses are approximately $180.00.

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the W.P. CLEMENTS UNIT of the Texas Department of Criminal Justice — Correctional Institutions Division in Potter County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

EXECUTED on this 23RD day of December, 2015.

HOWARD JOSEPH HOLMES
TDCJ No. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

## CERTIFICATE OF SERVICE

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice — Institutions Division of the W.P. CLEMENTS Unit, ID, Potter County, 9601 Spur 591, Amarillo, Texas 79107, do hereby testify that a true and correct copy of DECLARATION OF INABILITY TO PAY COSTS, including an INMATE TRUST FUND 6-month statement was served by first class mail via the Texas prison and U.S. mail service systems to Daniel HRNA, P.O. Box 290427, Kerville, Texas 78029 to give to the Plaintiff, on this the 23RD day of December, 2015.

HOWARD JOSEPH HOLMES
TDCJ NO. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

## VERIFICATION

I, HOWARD JOSEPH HOLMES, TDCJ No. 1402345, being presently incarcerated in the Texas Department of Criminal Justice — Institutions Division of the W.P. CLEMENTS unit, ID, Potter County, 9601 SPUR 591, Amarillo, Texas 79107, do hereby verify and declare under penalty of perjury pursuant to V.T.C.A. Civil Procedures and Remedies Codes 132.001 - 132.003, that the foregoing statements are true and correct.

EXECUTED on this the 23RD day of December, 2015.

HOWARD JOSEPH HOLMES
TDCJ NO. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

23 DECEMBER 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 28 2015

CHRISTOPHER A. PRINE
CLERK

RECEIPT REQUESTED

COURT CLERK
FOURTEENTH COURT OF APPEALS
301 FANNIN, SUITE 245
HOUSTON, TEXAS 77002

MAILED 12/23/15

RE: COURT OF APPEALS NUMBER: 14-15-01047-CV
    TRIAL COURT CASE NUMBER: 361-038-401

STYLE: IN THE ESTATE OF SHERRY MARIE ARNOLD, DECEASED

DEAR CLERK OF SAID COURT:
    Please file the enclosed documents:
    APPLICATION TO PROCEED IN FORMA PAUPERUS, DECLARATION
OF INABILITY TO PAY COSTS, INMATE TRUST FUND STATEMENT—
6month, MOTION FOR APPOINTMENT OF COUNSEL, MOTION FOR
REQUEST OF EXTENSION-60day, MOTION FOR HEARING BY
CONFERENCE-CALL VIA TELEPHONE OR VIDEO WITH RECORDING
DEVISE.
    By copy of this letter a copy of the same is being sent to
Attorney of the plaintiff, Daniel HRNA, P.O. BOX 290427,
Kerrville, Texas 78079.
    Please notify the Court concerning these matters.
    Thank you for your assistance in this matter, for it
is greatly appreciated.

HOWARD JOSEPH HOLMES
TDCJ NO. 1402345
W.P. CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

cc: File
    Daniel HRNA - ATTORNEY AT LAW
    P.O. BOX 290427
    Kerrville, TEXAS 78079

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/23/15
1MGM/DDA4458              IN-FORMA-PAUPERIS DATA                 07:53:43
TDCJ#: 01402345 SID#: 07642897 LOCATION: BILL CLEMENTS   INDIGENT DTE:
NAME: HOLMES,HOWARD JOSEPH                BEGINNING PERIOD: 06/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       180.10 TOT HOLD AMT:       0.00 3MTH TOT DEP:     360.00
6MTH DEP:          720.00 6MTH AVG BAL:      49.01 6MTH AVG DEP:     120.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
11/15      180.17          180.00       08/15      1.43            0.00
10/15        0.17            0.00       07/15    180.07          180.00
09/15      180.03          180.00       06/15    180.00          180.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Potter
ON THIS THE 23 DAY OF December, 15, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



D. Davis
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-24-2019
NOTARY WITHOUT BOND

Howard Joseph Holmes
1402345
Clements Unit
9601 Spur 591
Amarillo, TX. 79107-9606

COURT CLERK
FOURTEENTH COURT OF APPEALS
301 FANNIN
SUITE 245
HOUSTON, TX. 77002